UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JASON J. SCHULTZ,

    Plaintiff,

v.

KEITH R. HOULE, et al.,

    Defendants.

No. 16-cv-11774-PBS

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. NO. 42)

CABELL, U.S.M.J.

Plaintiff Jason Schultz, who appears pro se, is a prisoner at the Souza-Baranowski Correctional Center in Shirley, Massachusetts. He seeks relief under 42 U.S.C. § 1983 based upon claims that several Massachusetts Department of Corrections ("DOC") officers violated his Eighth Amendment right to be free from cruel and unusual punishment when they used excessive force and a chemical agent to remove him from his cell. The defendants have moved for summary judgment and the motion has been referred to this court for a report and recommendation. For the reasons that follow, I recommend that the motion be granted in part and denied in part.

3/5/18
I adopt without objection.
Patti B Saris